PER CURIAM.
Affirmed. McElveen v. Peeler, 544 So.2d 270 (Fla. 1st DCA 1989); City of Cars, Inc. v. Simms, 526 So.2d 119 (Fla. 5th DCA 1988), review denied, 534 So.2d 401 (Fla.1988); Stearns v. Landmark First Nat’l Bank, 498 So.2d 1001 (Fla. 4th DCA 1986); Shelby Mut. Ins. Co. v. Crain Press, Inc., 481 So.2d 501 (Fla. 2d DCA 1985), review denied, 491 So.2d 278 (Fla.1986); Littman v. Commercial Bank & Trust Co., 425 So.2d 636 (Fla. 3d DCA 1983); Adams v. Brickell Townhouse, Inc., 388 So.2d 1279 (Fla. 3d DCA 1980).